**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**ANTONIO DODSON,**

*Petitioner*,

v. Case No. 2:26-cv-02523-BCL-atc

**WARDEN BRIAN ELLER,**

*Respondent*.

---

**ORDER GRANTING MOTION TO WAIVE FILING OF CERTAIN EXHIBITS**

---

Before the Court is Respondent's Motion to Waive Requirement to File Certain Trial Exhibits. Doc. 22. Petitioner has not filed a response, and the time for responding has expired.

On September 10, 2026, Respondent filed the state-court record that includes the appellate records, appellate briefs, opinions, and orders from: (1) Petitioner's direct appeal; and (2) Petitioner's appeal from the denial of his state court petition for post-conviction relief. Doc. 20. Respondent redacted the record to remove personal identifying information. Doc. 13 at 2. Additionally, Respondent redacted the trial exhibits depicting photographs of the victim of the sexual offenses in the case. Doc. 20-3 at 92, 100.

In the Motion, Respondent requests that he be excused from filing trial exhibits #18 and #22 (the two photo exhibits), which contain photographs of the Victim. Doc. 22. Respondent contends that the two photo exhibits are not necessary to resolve the 28 U.S.C. § 2254 petition, and that including them would therefore serve only to expose the Victim to "further embarrassment and intrusion of her privacy." *Id.*

The Court tentatively agrees, and the Motion is therefore **GRANTED**. If the Court later concludes it necessary to review the two photo exhibits, it will issue an order requiring Respondent to file them under seal.

**IT IS SO ORDERED**, this 20th day of October, 2026.

s/*Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE